# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

DAYDIS ACEVEDO AGUILAR and all )
others similarly situated under 29 U.S.C. )
216(b), )
 )
      Plaintiff, )
vs. )
 )
LA CAMPANA RESTAURANT, INC, )    18-cv-20015-KMW
RAMON TIELES, and )
NAIYU ANDRES )
      Defendants. )
 )

**RUSH**

## SUMMONS IN A CIVIL ACTION

To:
LA CAMPANA RESTAURANT, INC
Registered Agent: RAMON TIELES
1760 SW 139 PL
MIAMI, FL 33175

*9610 SW 8st Min* (handwritten)

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
      300 71ST Street, Suite 605
      Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with t

Date: _____1/3/2018_____

**SUMMONS**

Steven M. Larimore
Clerk of Court

s/ Patrick Edwards
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-20015

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LA Camphra Restnt Inc
was received by me on *(date)* 1/3/18 .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* Eloy Garcia MGR , who is
designated by law to accept service of process on behalf of *(name of organization)* LA Cam Phra
Restrnt . Inc on *(date)* 1/8/18 ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify)*: Plus Minimum wge letter

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00 .

I declare under penalty of perjury that this information is true.

Date: 1/8/18

Server's signature

FRANK AYLLON
Printed name and title

Server's address

Additional information regarding attempted service, etc:

To: Page 4 of 4    2017-12-27 17:35:37 (GMT)    19544167945 From: Rosenberg & Rosenberg, P.A.

Case 1:18-cv-20015-KMW   Document 7   Entered on FLSD Docket 01/12/2018   Page 3 of 6
Case 1:18-cv-20015-KMW   Document 3   Entered on FLSD Docket 01/03/2018   Page 2 of 3

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | |
|---|---|
| DAYDIS ACEVEDO AGUILAR and all others similarly situated under 29 U.S.C. 216(b),<br><br>       Plaintiff,<br>vs.<br><br>LA CAMPANA RESTAURANT, INC, RAMON TIELES, and NAIYU ANDRES<br>       Defendants. | **RUSH**<br><br>18-cv-20015-KMW |

### SUMMONS IN A CIVIL ACTION

To:
RAMON TIELES
1760 SW 139 PL
MIAMI, FL 33175

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
        300 71ST Street, Suite 605
        Miami Beach, Florida 33141

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: _1/3/2018_



Steven M. Larimore
Clerk of Court

**SUMMONS**

s/ Patrick Edwards
Deputy Clerk
U.S. District Courts

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-20015

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Manny Tibio

was received by me on *(date)* 1/3/18

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☒ I left the summons at the individual's residence or usual place of abode with *(name)* Gladis Garcia, a person of suitable age and discretion who resides there,

on *(date)* 1/8/18, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☒ Other *(specify):* Plus mini omni wafe letter

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 1/8/18

_____
Server's signature

FRANK AYLLON
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
## for the
### Southern District of Florida

DAYDIS ACEVEDO AGUILAR and all )
others similarly situated under 29 U.S.C. )
216(b), )
)
Plaintiff, )
vs. )  18-cv-20015-KMW
)
LA CAMPANA RESTAURANT, INC, )
RAMON TIELES, and )
NAIYU ANDRES )
Defendants. )
)

**RUSH**

## SUMMONS IN A CIVIL ACTION

To:
NAIYU ANDRES
1760 SW 139 PL
MIAMI, FL 33175

A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

        J.H. Zidell, Esq.
        J.H. Zidell P.A.
        300 71ST Street, Suite 605
        Miami Beach, Florida 33141

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: 1/3/2018

s/ Patrick Edwards
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 18-20015

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* NAIYU ANDRES

was received by me on *(date)* 1/3/18

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☑ I left the summons at the individual's residence or usual place of abode with *(name)* ELVIS GARCIA , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☑ Other *(specify)*: Per Minimum wage letter

My fees are $ 20.00 for travel and $ 20.00 for services, for a total of $ 40.00

I declare under penalty of perjury that this information is true.

Date: 1/4/18

_____
Server's signature

FRANK AYLLON
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc: